# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 704 |
| | : | |
| REAPPOINTMENT TO JUDICIAL | : | SUPREME COURT RULES DOCKET |
| | : | |
| CONDUCT BOARD | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of August, 2016, Lisa Steindel,* Allegheny County, is hereby reappointed as a member of the Judicial Conduct Board for a term expiring January 20, 2020.


*Non-lawyer elector